

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-20-00066-CR |
| | § | |
| EX PARTE | § | Appeal from the |
| | § | County Court |
| SLADE ALAN MOORE | § | of Andrews County, Texas |
| | § | |
| | § | (TC# 19-0258) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the attempted appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.